UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE CADET,<br><br>     Plaintiff,<br><br> v.<br><br>OVERLAKE HOSPITAL,<br><br>     Defendant. | CASE NO. 2:24-CV-1452-LK<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

  The Clerk is directed to send a copy of this Order to plaintiff.

  DATED this 24th day of September, 2024.

                     _____
                      BRIAN A. TSUCHIDA
                      United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1